**Order entered May 5, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00053-CV

**AGL CONSTRUCTORS, A JOINT VENTURE, ARCHER WESTERN CONTRACTORS, LLC, GRANITE CONSTRUCTION COMPANY, AND THE LANE CONSTRUCTION CORP., Appellants**

**V.**

**PTG-HDR JV, PARSONS TRANSPORTATION GROUP, INC. AND HDR ENGINEERING, INC., Appellees**

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-05165

### ORDER

This is an appeal from a fourteen-day bench trial with a 234-volume reporter's record. At appellants' request, the trial court filed findings of fact and conclusions of law. Appellants timely filed a request for additional findings and conclusions, but the trial court did not respond to the request.

Asserting the findings and conclusions filed by the trial court do "little more than repeat the relief awarded in the final judgment[]" and are preventing proper

briefing of the issues on appeal, appellants have filed a motion to abate the appeal with instructions to the trial court to file adequate findings of fact and conclusions of law. Having reviewed the motion, along with appellees' response in opposition and appellants' reply, we **GRANT** the motion **TO THE EXTENT THAT** we **ORDER** the trial court to file any additional or amended findings and conclusions that are appropriate **no later than June 3, 2020**. *See* TEX. R. CIV. P. 298. If the trial court determines additional or amended findings and conclusions are not appropriate, the trial court shall state so in writing. The additional or amended findings and conclusions or requested verification shall be filed in a supplemental clerk's record **no later than June 8, 2020.**

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Craig Smith, Presiding Judge of the 192nd Judicial District Court; Dallas County District Clerk Felicia Pitre; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated, and a new deadline for appellants' opening brief to be filed will be set, no later than June 15, 2020.

/s/ BILL WHITEHILL
   JUSTICE